NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8944
Facsimile: (415) 744-0134
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

FILED __ RECEIVED
ENTERED __ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAULETTE DAWN HATHAWAY

  Plaintiff,

  v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

  Defendant.

Case No.: 3:19-cv-00135-LRH-CBC

ORDER

UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Complaint, due on June 3, 2019 by 30 days, through and including July 3, 2019.

Defendant respectfully requests this additional time because additional time is needed to prepare the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

1  Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this
2  motion, on May 31, 2019.

5  Dated: June 3, 2019

Respectfully submitted

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7/11/2019