Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E. Bonneville Avenue, #505
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com
Attorneys for Plaintiff PAULETTE DAWN HATHAWAY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAULETTE DAWN HATHAWAY | Case No.: 3:19-cv-00135-LRH-CBC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Paulette Dawn Hathaway and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 5 days from August 1, 2019 to August 6, 2019 for Plaintiff to file a its motion for reversal and/or remand, with all other dates in the Court's order extended accordingly. This is Plaintiff's first

-1-

request for an extension. In the days leading into the due date, Counsel suddenly and unexpectedly lost its office manager and close friend to cancer. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: August 2, 2019    Respectfully submitted,
LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff
Ms. Paulette Dawn Hathaway

DATE:  August 2, 2019

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Marcelo N. Illarmo*

BY: _____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: 8/6/2019
IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 3:19-CV-00135-LRH-CBC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 5, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

Cyrus Safa
Attorneys for Plaintiff